### DEUTSCHE BANK NATIONAL TRUST COMPANY *v.* MARILYN MAFFUCCI MILLER

The defendant's petition for certification for appeal from the Appellate Court, 126 Conn. App. 905 (AC 32524), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.